UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

                Plaintiff,

-against-

CITY OF NEW YORK (HRA), *et al.*,

                Defendants.

20-CV-5344 (CM)

CIVIL JUDGMENT

Pursuant to the order issued July 17, 2020, denying Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's application to proceed *in forma pauperis* and her motion for leave to file this action are denied. (ECF 1, 2.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to electronic service of Court documents. (ECF 4.)

SO ORDERED.

Dated: July 17, 2020
New York, New York

                                        COLLEEN McMAHON
                                  Chief United States District Judge